**EXHIBIT B**

Subj: RE: Your book on the God Gene
Date: 7/5/00 5:30:06 PM Atlantic Daylight Time
From: hamerd@dc37a.nci.nih.gov (Hamer, Dean (NCI))
To: GODPART@aol.com ('GODPART@aol.com')

Hi-

I read your book this weekend! Bill Wright suggested it to me. It's very interesting and I enjoyed the sense of personal exploration that came through so clearly.

Since the book was written, have there been any new developments you are aware of? I am particulary interested in "hard" data like brain scans, genetic analyses and so on.

Thanks for you note and cheers,
Dean Hamer