UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x

MATTHEW ALPER,

                         Plaintiff,

        v.

DEAN HAMER and RANDOM HOUSE, INC.,

                         Defendants.

------------------------------------------------------------- x

07 Civ. 2934 (PKC)

**NOTICE OF APPEARANCE**

      PLEASE TAKE NOTICE that DAVIS WRIGHT TREMAINE LLP, with offices located at 1633 Broadway, New York, New York 10019, hereby requests the Court to enter its appearance, as attorneys for Defendants DEAN HAMER and RANDOM HOUSE, INC. in the above-captioned proceeding and requests that notice of all matters arising herein, and all documents and papers served or filed in this case, be served on the attorneys at the above address.

Dated: New York, New York
       April 26, 2007

                                            DAVIS WRIGHT TREMAINE LLP

                                            By: <u>s/Elizabeth A. McNamara</u>
                                                  Elizabeth A. McNamara (EAM 1987)
                                                  1633 Broadway
                                                  New York, New York 10019
                                                  (212) 489-8230

TO:   Michael A. Cornman, Esq.
      SCHWEITZER CORNMAN GROSS & BONDELL LLP
      292 Madison Avenue
      New York, New York 10017
      Attorney for Plaintiff
      (646) 424-0770