APR-26-2007(THU) 12:05  Schweitzer Cornman Gross Bondell  12124898346  P.002
Rx Date/Time   APR-26-2007(THU) 12:00
04/26/2007 13:09 FAX  12124898346                                                                    ☑002/002

Case 1:07-cv-02934-PKC   Document 6   Filed 04/30/2007   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
MATTHEW ALPER,

           Plaintiff,

    v.

DEAN HAMER and RANDOM HOUSE, INC.,

           Defendants.
----------------------------------------x

07 Civ. 2934 (PKC)

STIPULATION AND ORDER

RECEIVED
APR 27 2007

WHEREAS, the date by which Defendant Random House, Inc. must answer or otherwise respond to the Summons and Complaint is May 7, 2007;

WHEREAS, there has been no prior request for an adjournment of said date;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for Plaintiff and for Defendants, that Defendants' time to answer or otherwise respond to Plaintiff's Summons and Complaint is hereby adjourned until June 20, 2007.

IT IS FURTHER STIPULATED AND AGREED that for purposes of this stipulation, facsimile signatures shall have the force and effect of original signatures.

Dated: New York, New York
       April 26, 2007

SCHWEITZER CORNMAN
  GROSS & BONDELL LLP
Attorneys for Plaintiff

By: _____
   Michael A. Cornman, Esq.
   (MC-7134)
   292 Madison Avenue
   New York, New York 10017
   (646) 424-0770

DAVIS WRIGHT TREMAINE LLP

Attorney for Defendants

By: _____
   Linda Steinman (LS 5906)
   Elizabeth A. McNamara (EM 1987)
   Christopher J. Robinson (CR 9165)

   1633 Broadway
   New York, New York 10019
   (212) 489-8230

SO ORDERED: _____   4-30-07
   Honorable P. Kevin Castel, U.S.D.J.

NYC 182734v1 3910039-000175