# MEMO ENDORSED

## Davis Wright Tremaine LLP



DATE FILED: 5/24/07

ANCHORAGE   BELLEVUE   LOS ANGELES   NEW YORK   PORTLAND   SAN FRANCISCO   SEATTLE   SHANGHAI   WASHINGTON, D.C.

LINDA STEINMAN
DIRECT (212) 603-6409
lindasteinman@dwt.com

1633 BROADWAY
NEW YORK, NY 10019-6708

TEL (212) 489-8230
FAX (212) 489-8340
www.dwt.com

May 23, 2007

**VIA FACSIMILE**

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

Re: *Alper v. Hamer, 07 Civ. 2934*

Dear Judge Castel:

We represent the defendants Dean Hamer and Random House, Inc. in the above-captioned matter. We write concerning the initial pretrial conference scheduled for June 1, 2007 at 3:45 p.m. Unfortunately, I am already scheduled to appear at an all-day mediation at JAMS that day.

I have spoken to plaintiff's counsel, Michael Cornman, and he has consented to join this request in seeking a brief adjournment of the conference. Both Mr. Cornman and I would be available on June 8 or, if that date is unsuitable to your honor, we are also available on June 15. This is the parties' first request for an adjournment of the initial pre-trial conference.

Sincerely,

Linda Steinman
Davis Wright Tremaine LLP
Attorneys for Defendants

*Handwritten endorsement:* Conference adjourned from June 1 to June 15, 2007 at 12:30 p.m. SO ORDERED. /s/ USDJ 5-23-07

cc:   Michael A. Cornman, Esq.
Schweitzer Cornman Gross & Bondell LLP
Attorneys for Plaintiff

NYC 183737v1 3910039-000175