MAY-29-2007(TUE) 10:55    Schweitzer Cornman Gross Bondell    (FAX)646 424 0880    P.002/002

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
MATTHEW ALPER,

          Plaintiff,

    v.

DEAN HAMER and RANDOM HOUSE, INC.,

          Defendants.
----------------------------------------x

07 Civ. 2934 (PKC)

**STIPULATION AND ORDER**

WHEREAS, on May 24, 2007, Plaintiff served an Amended Complaint containing new allegations;

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for Plaintiff and for Defendants Dean Hamer and Random House, Inc., that Defendants' time to answer or otherwise respond to Plaintiff's Summons and Amended Complaint is hereby adjourned from June 20, 2007 until July 18, 2007. This is Defendants' first request for an extension to respond to the Amended Complaint.

IT IS FURTHER STIPULATED AND AGREED that for purposes of this stipulation, facsimile signatures shall have the force and effect of original signatures.

Dated: New York, New York
      May 25, 2007

SCHWEITZER CORNMAN
  GROSS & BONDELL LLP
*Attorney for Plaintiff*

By: _____
Michael O. Cornman, Esq. (MC 7134)
292 Madison Avenue
New York, New York 10017
(646) 424-0770

DAVIS WRIGHT TREMAINE LLP
*Attorney for Defendants*

By: _____
Linda Steinman (LS 5906)
Elizabeth A. McNamara (EM 1987)
Christopher J. Robinson (CR 9165)
1633 Broadway
New York, New York 10019
(212) 489-8230

SO ORDERED: _____
Honorable P. Kevin Castel, U.S.D.J.

5-31-07

NYC 153977v1 3910039-000175