UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

MATTHEW ALPER,                                    :

                Plaintiff,                    :          07 CV 2934 (PKC)

       - against -                            :

DEAN HAMER and RANDOM HOUSE, INC.,     :

            Defendants.                    :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## DISCLOSURE STATEMENT PURSUANT TO
## RULE 7.1(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, and to enable judges and

magistrate judges of the Court to evaluate possible disqualification or recusal, the undersigned

counsel of record for defendant Random House, Inc. ("Random House") certifies that it is a

wholly owned subsidiary of Bertelsmann Publishing Group, Inc., a privately held corporation,

which is in turn a wholly owned subsidiary of Bertelsmann, Inc., a privately held corporation.

Bertelsmann, Inc. is a wholly owned subsidiary of Bertelsmann AG, which is privately owned.

Undersigned counsel further certifies that there are no publicly held corporations which own

10% or more of Random House's stock.

Dated:     New York, New York     DAVIS WRIGHT TREMAINE LLP
            July 18, 2007

                        By:     _____
                            Linda Steinman (LS 5906)
                            Elizabeth A. McNamara (EM 1987)
                            Christopher J. Robinson (CR 9165)
                            1633 Broadway
                            New York, New York 10019
                            Tel:   (212) 489-8230
                            Fax:  (212) 489-8340
                            *Attorneys for Defendants*
                            *Dean Hamer and Random House, Inc.*