## CERTIFICATE OF SERVICE

ALBERTA PELLEGRINO, states as follows:

1. The statements made herein are true of my own personal knowledge, If called upon to testify, I could and would testify competently thereto.

2. I am over 18 years of age, I reside in Staten Island, New York, and am not a party to this action. I am employed by the law firm of Davis Wright Tremaine, LLP.

3. On July 18 2007, I caused to be served BY ECF AND US MAIL, the attached DISCLOSURE STATEMENT PURSUANT TO RULE 7.1(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE and ANSWER TO THE FIRST AMENDED COMPLAINT, addressed as follows:

Michael A. Cornman, Esq.
Schweitzer Cornman Gross & Bondell LLP
292 Madison Avenue, 19th Floor
New York, NY 10017

*Attorneys for Plaintiff*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in New York, New York on this 18th day of July, 2007.

_____
ALBERTA PELLEGRINO

Sworn to before me this
18th day of July, 2007

_____
Notary Public

LINDA G. MOSCHETTI
Notary Public, State of New York
No. 01MO4723235
Qualified in Bronx County
Term Expires August 31, 2010

NYC 175487v1 0080869-000002