# Davis Wright Tremaine LLP

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-10-07

---

ANCHORAGE    BELLEVUE    LOS ANGELES    NEW YORK    PORTLAND    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.

| | | |
|---|---|---|
| LINDA STEINMAN<br>DIRECT (212) 603-6409<br>lindasteinman@dwt.com | 1633 BROADWAY<br>NEW YORK, NY 10019-6708 | TEL (212) 489-8230<br>FAX (212) 489-8340<br>www.dwt.com |

**MEMO ENDORSED**

September 7, 2007

**BY HAND**



RECEIVED
SEP 0 7 2007
CHAMBERS OF
P. KEVIN CASTEL
U.S.D.J.

Honorable P. Kevin Castel
United States District Judge
United States Courthouse
500 Pearl Street, Room 2260
New York, NY 10007

        Re:    Alper v. Random House and Dean Hamer
              07 Civ 2934 (PKC)

Dear Judge Castel:

    We are counsel to Defendants Random House, Inc. and Dean Hamer in this copyright matter. At the conference before this Court on September 5, 2007, your Honor requested that we submit a letter, to be "So Ordered," setting forth the results of the conference.

    At the conference, the Court directed counsel to Plaintiff Alper to review the claims in the First Amended Complaint with the purpose of narrowing them and to file a Second Amended Complaint on or before September 17, 2007. The Court also denied Plaintiff's requests for additional discovery prior to an initial dispositive motion and granted leave for the Defendants to file a motion for summary judgment ("the Motion"), as proposed in their letters to the Court dated June 4, 2007 and August 29, 2007, on the grounds that there is no substantial similarity of protected expression between plaintiff's book *The God Part of the Brain* and *The God Gene*, written by Dean Hamer and published by Random House, Inc.

    The Court set the following schedule for the Motion:

Honorable P. Kevin Castel
September 7, 2007
Page 2



1. Defendants' papers in support of the Motion to be filed by October 15, 2007. Memorandum of Law not to exceed 40 pages.

2. Plaintiff's answering papers to the Motion to be filed by November 15, 2007. Memorandum of Law not to exceed 40 pages.

3. Defendants' reply to be filed by December 7, 2007. Memorandum of Law not to exceed 20 pages.

The Court also acknowledged that in the event the Motion addressing "substantial similarity" between the respective Works is denied, Defendants will have the opportunity following full discovery to file a further motion for summary judgment on any outstanding issues. These could potentially include, for example, the issues of access, independent creation, and the other defenses set forth in Defendants' Answer.

Sincerely,

DAVIS WRIGHT TREMAINE LLP

By: _____
Linda Steinman, Esq.

Attorneys for Defendants
1633 Broadway, 27th Floor
New York, NY 10019
Tel: 212-489-8230

The foregoing accurately states the outcome of the September 5 conference and the rulings therein.

SO ORDERED:

_____
USDJ
9-7-07

NYC 187711v2 3910039-000175