UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| MATTHEW ALPER, | Case No.: 07 Civ. 2934 (PKC) |
| Plaintiff, | ECF CASE |
| vs. | |
| DEAN HAMER and RANDOM HOUSE, INC. | CERTIFICATE OF SERVICE |
| Defendants. | |

---

I, MEGAN DUFFY, associated with Davis Wright Tremaine LLP, attorneys for Defendants, Dean Hamer and Random House, Inc. certify:

I am over eighteen (18) years of age. On this 28nd day of September, 2007, I caused to be served copies of Defendants' ANSWER TO THE SECOND AMENDED COMPLPAINT on the following individuals in the manner indicated below:

BY ECF:

    Michael A. Cornman, Esq.
    SCHWEITZER CORNMAN GROSS
     & BONDELL LLP
    292 Madison Avenue, 19th Floor
    New York, NY 10017

    *Counsel for Plaintiff*

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing

is true and correct.

_____
Megan Duffy

Sworn to before me this
28nd day of September, 2007

_____
Notary Public

AMALIA M. KAPITANELIS
Notary Public, State of New York
No. 01KA4621757
Qualified in New York County
Term Expires September 7, 2010