```
                                    USDS SDNY
                                    DOCUMENT
                                    ELECTRONICALLY FILED
                                    DOC #: _____
                                    DATE FILED: 10/11/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------- x
MATTHEW ALPER,                       )
                                     )    07 Civ. 2934 (PKC)
              Plaintiff,             )
                                     )
       - against -                   )    STIPULATION
                                     )    OF DISMISSAL
DEAN HAMER and RANDOM HOUSE, INC.,   )    WITH PREJUDICE
                                     )
              Defendants.            )
                                     )
                                     )
------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys for the respective parties, pursuant to Rule 41 of the Federal Rules of Civil Procedure, that the above-captioned action be, and hereby is, dismissed with prejudice, and without costs to any party. The undersigned represent all the parties who have appeared in this action.

This Stipulation may be signed using one or more counterparts. The several executed copies together will be considered an original and will be binding on the parties.

Dated: New York, New York
       October 10, 2007

SCHWEITZER CORNMAN GROSS              DAVIS WRIGHT TREMAINE LLP
& BONDELL LLP

By: /s/ Michael A. Cornman            By: /s/ Linda Steinman
    Michael A. Cornman (MC 7134)          Linda Steinman (LS 5906)
    292 Madison Avenue, 19th Floor        1633 Broadway
    New York, NY 10017                    New York, NY 10019
    (646) 414-0770                        (212) 489-8230

Attorneys for Plaintiff               Attorneys for Defendants

NYC 188478v2 3910039-000175

SO ORDERED

_____
P. Kevin Castel, U.S.D.J.

10-11-07

NYC 188478v2 3910039-000175